**No. 43010.**—Protest 944610–G of A. Cohen & Sons Corp. (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence in support of the claims made. On the record presented it was overruled.

**No. 43011.**—Protest 997439–G of Inter-Maritime Forwarding Co., Inc. (New York).

Opinion by CLINE, J. The collector reported that neither the articles nor the immediate containers thereof were marked at the time of importation. No evidence was offered in support of the claims made. On the record presented the protest was overruled.

**No. 43012.**—Protests 956678–G, etc., of Katen & Katen, Inc., et al. (New York).

Opinion by EVANS, J. The protests were submitted without evidence in support of the claims made. On the records presented they were overruled.

**No. 43013.**—Protest 977570–G of Q. W. Lung & Co. (Boston).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 43014.**—Protest 967046–G of Louis Stern Son, Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 43015.**—Protest 954620–G of R. H. Macy & Co., Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, JANUARY 16, 1940

**No. 43016.**—Protests 974261–G, etc., of American Cyanamid & Chemical Corp. et al. (Los Angeles, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.